## Meitner *v.* Real Estate Commission.

Argued November 4, 1971, before President Judge BOWMAN and Judges CRUMLISH, JR., KRAMER, WILKINSON, JR., MENCER and ROGERS. Judge MANDERINO did not participate in the decision.

*Laurence C. Rutenberg,* with him *Ronald N. Rutenberg* and *Rutenberg, Rutenberg, Rutenberg and Rutenberg,* for appellant.

*Gerald Gornish,* Deputy Attorney General, with him *J. Shane Creamer,* Attorney General, for appellee.

PER CURIAM:

### ORDER

AND NOW, this 9th day of December, 1971, after argument, the order of the State Real Estate Commission dated June 22, 1971, is hereby affirmed.